**Price Law Group, APC**
Steven A. Alpert
420 S. Jones Blvd
Las Vegas, NV 89107
P: 702-794-2008
alpert@pricelawgroup.com

# UNITED STATES DISTRICT COURT
# OF NEVADA

| | |
|---|---|
| ALYANA ANZALDUA,<br><br>        Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK, N.A.,<br><br>        Defendant. | Case No.: 2:17-cv-02797-APG-VCF<br><br>NOTICE OF SETTLEMENT |

      **NOTICE IS HEREBY GIVEN** that Plaintiff, Alyana Anzaldua, and Defendant, Capital One Bank, N.A., have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation of Dismissal with Prejudice within the next thirty (30) days. Plaintiff requests that the Court vacate all pending deadlines in this matter. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

| | |
|---|---|
| Dated: May 22, 2018 | By:   */s/Steven A. Alpert*      <br>       Steven A. Alpert<br>       **Price Law Group, APC**<br><br>       *Attorney for Plaintiff*<br>       *Alyana Anzaldua* |