Steven A. Alpert, NV #8353
**Price Law Group, APC.**
420 S. Jones Blvd.
Las Vegas, NV 89107
T: 702-794-2008
alpert@pricelawgroup.com
*Attorney for Plaintiff,*
*Alyana Anzaldua*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALYANA ANZALDUA, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 2:17-cv-02797-APG-VCF ) |
| CAPITAL ONE BANK, N.A., | ) ) |
| Defendant. | ) ) |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Alyana Anzaldua ("Plaintiff") and Capital One Bank, N.A. ("Defendant"), by and through counsel, hereby stipulate and agree that all matters herein between them should be dismissed with prejudice by order of this court, with each party to bear its own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

**RESPECTFULLY SUBMITTED** this 25th day of June 2018,

By: */s/ Steven A. Alpert* /s/ *Taylor Anello*
Steven A. Alpert, NV #8353 Taylor Anello, NV #12881
**Price Law Group, APC.** **DICKINSON WRIGHT PLLC**
420 S. Jones Blvd. 8363 West Sunset Road, Suite 200
Las Vegas, NV 89107 Las Vegas, NV 89113
T: 702-794-2008 T: 702-550-4400
alpert@pricelawgroup.com tanello@dickinson-wright.com
*Attorney for Plaintiff,* *Attorney for Defendant*
*Alyana Anzaldua* *Capital One Bank, N.A.*

## **ORDER**

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorney's fees and costs.

Dated: June 25, 2018.

 _____
 UNITED STATES DISTRICT JUDGE

LVEGAS 58049-6 232654v1